SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ROBERT MENA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA, <br><br> Plaintiff, <br><br> vs. <br><br> LIQUOR CAVE INC; XOCHITL CECILA AGUINAGA, AS TRUSTEE OF THE XOCHITL CECILA AGUINAGA FAMILY TRUST; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 8:25-cv-01523-DOC (ADSx)** <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ROBERT MENA ("Plaintiff") and Defendant XOCHITL CECILA AGUINAGA, AS TRUSTEE OF THE XOCHITL CECILA AGUINAGA FAMILY TRUST stipulate that this Court dismiss the above-captioned action in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\

Respectfully submitted,

DATED: October 13, 2025        SO. CAL. EQUAL ACCESS GROUP

By:  /s/  Jason J. Kim
     Jason J. Kim
     Attorneys for Plaintiff

DATED: October 13, 2025        HARPER & BURNS LLP

By:  /s/ Colin Burns
     Colin Burns, Esq.
     Attorneys for Defendant
     XOCHITL CECILA AGUINAGA, AS
     TRUSTEE OF THE XOCHITL CECILA
     AGUINAGA FAMILY TRUST

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 13, 2025         By: /s/ Jason J. Kim
                                    Jason J. Kim